# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0204. CHRISTOPHER M. KAUFMAN v. THE STATE.

Christopher M. Kaufman pled guilty to six counts of aggravated stalking and five counts of violating a family violence order. In April 2024, the superior court imposed a 35-year sentence with the first 15 years to be served in confinement; the superior court subsequently amended the sentence to remove a condition. Kaufman then filed a motion to modify his sentence, which the superior court dismissed on May 14, 2025. Kaufman filed this appeal on August 8, 2025. Pretermitting any substantive issues involved in this appeal, we lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days of entry of the order to be appealed, OCGA § 5-6-38 (a), and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Kaufman's notice of appeal was filed 86 days after entry of the superior court's order and was untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/15/2025

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*